CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOYCE KIRKLAND,       :       Civil No. 08-2748 (PGS)

         Petitioner,       :

         v.       :       **ORDER**

UNITED STATES OF AMERICA,       :

         Respondent.       :

For the reasons set forth in the Opinion filed herewith,

IT IS on this ___20___ day of ___May___, 2010,

ORDERED that the Motion under 28 U.S.C. § 2255 is DENIED WITH PREJUDICE;

and it is further

ORDERED that a certificate of appealability is DENIED, see 28 U.S.C. § 2253(c); and it

is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion

by regular mail upon the parties, and shall close the file.

_____

**PETER G. SHERIDAN, U.S.D.J.**